JOSE B. CALVA et al., Respondents, *v.* J. LASKIN & SONS CORPORATION et al., Appellants, et al., Defendants.

Argued October 9, 1952; decided October 23, 1952.

*Paul W. Williams, Allan D. Emil, Kenneth D. Wallace* and *Denis G. McInerney* for appellants.

*Eugene L. Bondy, Leonard Loewinthan, Bertram Braufman* and *David E. Nierenberg* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.